IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOSHUA ERIC HAWK CLARK                                              PETITIONER

v.                                                         No. 3:23-cv-00086-MPM-RP

COMMISSIONER OF THE MISSISSIPPI
DEPARTMENT OF CORRECTIONS, et al.                          RESPONDENTS

## ORDER

On January 8, 2024, Joshua Eric Hawk Clark filed a motion [29] seeking oral argument on his § 2254 habeas petition. The petitioner states that oral argument is necessary because (1) "[t]he stakes are enormous," (2) "[t]he issues involved are complex," and (3) the "[p]etition involves actual innocence," the effect of which "in a habeas petition is unclear." The respondents argue in their Response in Opposition [30] that a hearing is unnecessary because the issues, including the law on actual innocence claims, were thoroughly analyzed in the briefing. Nevertheless, this Court finds that a hearing on the matter would be instructive and, therefore, determines that the petitioner's motion should be granted.

**THEREFORE, IT IS ORDERED** that Petitioner Joshua Clark's Motion for Oral Argument [29] is **GRANTED**. A hearing date will be set by further notice of the Court.

**SO ORDERED** this the 15th day of July, 2024.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**

1