# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CASE NUMBER: 3:22CV76        PLACE HELD: OXFORD, MISSISSIPPI

JOSHUA ERIC CLARK, Petitioner
V.
COMMISSIONER OF MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL, Respondent

DATE & TIME BEGUN: December 19, 2024, 10:00 AM
DATE & TIME ENDED: December 19, 2024, 11:30 AM

**TOTAL TIME:** 1 HOUR 30 MINUTES

**PRESENT:**
**HONORABLE MICHAEL P. MILLS, U.S. DISTRICT JUDGE**

Sallie Wilkerson        Rita Davis
**Courtroom Deputy Clerk**        **Official Court Reporter**

**ATTORNEY(S) FOR PETITIONER:**        **ATTORNEY(S) FOR RESPONDENT(S):**
Jim Waide, III        Jerrolyn M. Owens
Yance Falkner        Bridgette Grant
Dan Webb        Erin Rutherford

**PROCEEDINGS:**
Oral argument held, re: docket number 31. Case taken under advisement. Order to follow.

**DAVID CREWS, CLERK**

By: /s/ Sallie Wilkerson
    Courtroom Deputy Clerk